# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

CAMPBELL COUNTY AUTO BODY, INC.,

    Plaintiff,

v.                                                  Case No: MDL 2557
                                                  6:14-cv-6018-Orl-31EJK

STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY, et al.,

    Defendants.

## ORDER

Pursuant to the Opinion of the 11th Circuit Court of Appeals (Doc. 150), this case was remanded solely on the basis of Plaintiffs' tortious interference claim.  Accordingly, it is

**ORDERED** that the parties confer and advise the Court by July 10, 2020, how they wish to proceed in this regard.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on June 24, 2020.



GREGORY A. PRESNELL
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Party